## Whitbeck *v.* Atlantic Ave. R. Co.

(*City Court of Brooklyn, General Term.* February 26, 1889.)

Horse and Street Railroads—Accidents at Crossings—Evidence.

    In an action for injuries received while a passenger on defendant's street car, plaintiff having introduced evidence to show that the car was striving to pass a crossing before another car, a question asked of a witness, as to whether he had seen races of that kind, was properly disallowed.

Appeal from trial term.

Action by Henry M. Whitbeck against the Atlantic-Avenue Railroad Company, for injuries sustained by plaintiff while a passenger on defendant's car. The question at folio 31, referred to in the opinion, was as follows: A witness, having been asked if the car on which plaintiff was riding was striving with another car, as to which should pass a crossing first, was asked whether he had ever seen races of that kind. An objection to the question was sustained. Judgment for defendant, and plaintiff appeals.

Argued before CLEMENT, C. J., and VAN WYCK, J.

*J. W. Sanderson*, for appellant.    *B. F. Tracy*, for respondent.

PER CURIAM. We have examined the record in this case, and find no error. The question of contributory negligence of the plaintiff, and negligence of the employes of the defendant, were properly submitted to the jury, and no exception was taken by the appellant. The objection to the question at folio 31 was properly sustained. What took place on other occasions was immaterial to the issue in this case. The judgment and order denying new trial must be affirmed, with costs.